FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>       v.<br><br>IAN R. DIAZ,<br><br>   Defendant. | No. CR 8:21-cr-00084(A)-JLS<br><br>**VERDICT FORM** |

1

## COUNT ONE

### [Conspiracy to Commit Stalking]

1. We, the Jury in the above-captioned case, unanimously find the defendant IAN R. DIAZ:

   **GUILTY**

___   **NOT GUILTY**

of the offense charged in Count One of the First Superseding Indictment, namely Conspiracy to Commit Stalking.

(Please proceed to Question 2 below)

## COUNT TWO

### [Stalking]

2. We, the Jury in the above-captioned case, unanimously find the defendant IAN R. DIAZ:

 **GUILTY**

— **NOT GUILTY**

of the offense charged in Count Two of the First Superseding Indictment, namely Stalking.

(Please proceed to Question 3 below)

**COUNT THREE**

**[PERJURY]**

3. We, the Jury in the above-captioned case, unanimously find the defendant IAN R. DIAZ:

   **GUILTY**

___   **NOT GUILTY**

of the offense charged in Count Three of the First Superseding Indictment, namely Perjury.

(Please proceed to Question 4 below)

4

## COUNT FOUR

## [OBSTRUCTION]

4. We, the Jury in the above-captioned case, unanimously find the defendant IAN R. DIAZ:

    ✓    **GUILTY**

    —    **NOT GUILTY**

of the offense charged in Count Four of the First Superseding Indictment, namely Obstruction.

***The foreperson should now sign and date this verdict form.***



FOREPERSON OF THE JURY

DATED March 23, 2023, in Los Angeles, California.