UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | SACR 21-00084 (A)-JLS | Date | June 30, 2023 |
|---|---|---|---|

| Present: The Honorable | Josephine L. Staton, United States District Judge |
|---|---|
| Interpreter | Not Applicable |

| V.R. Vallery | Suzanne McKennon | Mona Sedky; Marco Palmieri |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Ian R. Diaz | X | | X | Karen Goldstein | X | | X |

**Proceedings:    SENTENCING**

The matter is called and counsel state their appearances.  Sentencing hearing held.  See separate Judgment and Commitment Order.

|   |   |
|---|---|
| | 1 : 34 |
| Initials of Deputy Clerk | vrv |

cc: USPO